**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-20334-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**BOBBY JENKINS**,

    Defendant.

_____/

## **ORDER**

**THIS CAUSE** came before the Court on Defendant's Motion to Seal [ECF No. 250], filed on July 14, 2020.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Defendant's medical records may be filed under seal and shall remain sealed until **July 14, 2021**.  This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 14th day of July, 2020.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record